IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
)
Plaintiffs, )
) No.   FILED: JUNE 9, 2008
v. ) 08CV3308
) Judge
R WAY TRUCKING, INC., ) JUDGE DER-YEGHIAYAN
an Illinois corporation ) MAGISTRATE JUDGE MASON
)
Defendant. ) PH

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, complain against Defendant, R WAY TRUCKING, INC. an Illinois corporation, as follows:

### COUNT I

### JURISDICTION AND VENUE

1.   (a)   Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

      (b)   Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered and 185(c).

### PARTIES

2.   (a)   Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c) The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3. (a) R WAY TRUCKING, INC. an Illinois corporation, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b) R WAY TRUCKING, INC. is an Illinois corporation, with its principal place of business at Morris, Illinois.

(c) R WAY TRUCKING, INC. an Illinois corporation, is an employer engaged in an industry affecting commerce.

4. R WAY TRUCKING, INC. an Illinois corporation, entered into an agreement with Teamsters 179 for the period from June 1, 2006 through May 31, 2009 which require contributions to the Funds pursuant to 29 U.S.C. 1145.

5. Pursuant to the collective bargaining agreements between R WAY TRUCKING, INC., an Illinois corporation and the Union, R WAY TRUCKING, INC., has failed and continues to fail to make its obligated contributions to the Fund for the period August, 2007 through November, 2007, as disclosed in an audit which took place on April 5, 2008.

6. The audit disclosed $1,790.15 due the Pension Fund and $2,706.30 due the Welfare Fund for a total of $4,496.45.

WHEREFORE, Plaintiffs pray:

A.  This court enter judgment in favor of the Plaintiffs and against R WAY TRUCKING, INC., an Illinois corporation, in the amount of the audit, $4,496.45.

B.  That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and the relevant collective bargaining agreements and trust agreements.

C.  That the Court grant such further relief as is proper.

                          TRUSTEES OF THE SUBURBAN TEAMSTERS
                          OF NORTHERN ILLINOIS WELFARE AND
                          PENSION FUNDS

                          By: _____
                                One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

3



R Way Trucking, Inc.
0024991-0

**AREA CONSTRUCTION AGREEMENT**
BETWEEN
**TEAMSTERS LOCAL 179**
An Affiliate of the
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
And
**CONTRACTORS ASSOCIATION OF
WILL AND GRUNDY COUNTIES**

JUNE 1, 2006 THROUGH MAY 31, 2009



FOR NON-ASSOCIATION EMPLOYERS

FOR TEAMSTERS LOCAL 179

BY: _(signature)_
TITLE: President
DATE: 5/11/07

FOR THE COMPANY
COMPANY: R Way Trucking Inc
ADDRESS: 1247 Treels Rd
City: Morris   State: IL   Zip: 60450
PHONE: (815) 941-1___
BY: Christopher G_____ Churchill __
TITLE: Vice Pres
DATE: 5/10/07



*General Chauffeurs, Sales Drivers and Helpers*

*Local Union No. 179*

Affiliated with the International Brotherhood of Teamsters

MAIN OFFICE:
1000 N. E. I-55 FRONTAGE RD
JOLIET, ILLINOIS 60431
PHONE (815) 741-2200
FAX (815) 741-2278

SUB OFFICE:
SHERMAN & LADD
PONTIAC, ILLINOIS 61764
PHONE: (815) 844-5094

To: Suburban Teamsters Fringe Benefits – Compliance Dept.
1275 W. Roosevelt Road, #121
West Chicago, IL 60185

May 22, 2007

Re: **NEW EMPLOYER**

em# 4767

**Company Name:** R Way Trucking, Inc.

**Mailing Address:** 1247 Trend Dr., Morris, IL 60450

**Phone:** 708-212-2412

**Company Officer:** Christopher G. Ehrman

**Company Contact Same As Above**

**Collective Bargaining Agreement (enclosed):**

Type of contract: CON            Date signed: 5/10/07

**Initial Contribution Rates:**

| Effective date: | 6/1/06 | 6/1/07 | 6/1/08 |
|---|---|---|---|
| Welfare: | $5.50 | $6.00 | TBA |
| Pension: | $155.00 | $163.00 | TBA |

**Participants**

Have not yet received cards on anyone.

*HAVE IT DELIVERED UNION!*