Form **BCA-5.25**
(Rev. Jan. 2003)

**AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE**

File # 65487527

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
Telephone (217) 524-6748
www.cyberdriveillinois.com

*Remit payment in check or money order, payable to "Secretary of State."*

**FILED**

JUN 3 0 2008

JESSE WHITE
SECRETARY OF STATE

**SUBMIT IN DUPLICATE**

This space for use by Secretary of State

Date  6/30/08
Filing Fee  $10.00
Approved: L.V.

1. Title of the case and number of the case:
   Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds — first named plaintiff
   v.
   R Way Trucking, Inc., an Illinois corporation — first named defendant
   Number  08 C 3308

2. Name of the corporation being served: R Way Trucking, Inc.

3. Title of the court in which an action, suit or proceeding has been commenced: United States District Court for the Northern District of Illinois

4. Title of the instrument being served: Alias Summons and Complaint

5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. [X] The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. [ ] The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. [ ] The corporation was dissolved on _____ (Month & Day), _____ (Year); the conditions of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within 5 years thereafter.

   d. [ ] The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/(revoked) on _____ (Month & Day), _____ (Year).

   e. [ ] The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: 1247 Trend Drive, Morris, Illinois 60540

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

   Signature of Affiant: John J. Toomey    Month & Day: June 30    Year: 2008

   Telephone Number: (312) 236-0415

RETURN TO: PLEASE TYPE OR PRINT CLEARLY
John J. Toomey, Arnold and Kadjan
*Name*
19 W. Jackson Boulevard, Suite 300
*Street*
Chicago, Illinois  60604
*City/Town    State    ZIP*

**TENDERED CHICAGO CORP. DEPARTMENT**

JUN 3 0 2008

ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW BY SPRINGFIELD OFFICE

C-213.9

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | Docket Number: 08 C 3308 |
| | Judge Der-Yeghiayan |
| v. | Magistrate Judge Mason |
| R WAY TRUCKING INC., an Illinois corporation | |

TO:   (Name and address of defendant)

> R WAY TRUCKING, INC.
> an Illinois corporation
> c/o Secretary of State
> 69 W. Washington Street
> Suite 1240
> Chicago, Illinois

**RECEIVED**

JUN 3 0 2008

**JESSE WHITE**
**SECRETARY OF STATE**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> JOHN J. TOOMEY
> ARNOLD AND KADJAN
> 19 W. Jackson Boulevard, Suite 300
> Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
Michael W. Dobbins, Clerk                    Date

_____
(by) Deputy Clerk