# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## SUMMONS IN A CIVIL CASE

TRUSTEES OF THE SUBURBAN  
TEAMSTERS OF NORTHERN ILLINOIS  
WELFARE AND PENSION FUNDS,  

)  
)  Docket Number: 08CV3308  
)  
)  Assigned Judge: JUDGE DER-YEGHIAYAN  
)  
v.  )  
)  Designated Magistrate Judge: MAGISTRATE JUDGE MASON  
)  
R WAY TRUCKING INC., an Illinois  )  
corporation  )  
)  

TO: (Name and address of defendant)

> R WAY TRUCKING, INC.  
> an Illinois corporation  
> c/o Its President  
> Vincent D. Kern, Jr.  
> 1247 Trend Drive  
> Morris, Illinois 60450

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> JOHN J. TOOMEY  
> ARNOLD AND KADJAN  
> 19 W. Jackson Boulevard, Suite 300  
> Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk                                               Date

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK                                                       June 9, 2008  
                                                                         Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 7/1/08 5:45PM.

NAME OF SERVER (PRINT) SCOTT POCIUS

TITLE INVESTIGATOR

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: R WAY TRUCKING, INC C/O ITS VICE PRESIDENT- CHRISTOPHER G. EHRMAN AT HIS RESIDENCE - 12747 TREND DRIVE, MORRIS, IL 60450. HE CAN BE DESCRIBED AS A M/W, BROWN HAIR, BROWN BEARD, 35'

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/1/08
Date

Signature of Server

Address of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068