IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R WAY TRUCKING, INC.<br>an Illinois corporation,<br><br>　　　　　Defendant. | No. 08 C 3308<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Mason |

MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

　　1.　Suit was filed on June 9, 2008 for collection of delinquent contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

　　2.　Service was made upon R WAY TRUCKING on July 1, 2008 and a copy of the proof of service was filed with the court on July 3, 2008.

　　3.　Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

　　　　$2,729.73　Welfare
　　　　$1,805.63　Pension
　　　　　$925.00　Attorneys fees
　　　　　$113.00　Court costs
　　　　$5,573.36

WHEREFORE, Plaintiff prays for the entry of judgment against Defendant, R WAY TRUCKING, INC., an Illinois corporation and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $5,573.36.

                TRUSTEES OF THE SUBURBAN TEAMSTERS
                OF NORTHERN ILLINOIS WELFARE AND
                PENSION FUNDS

By: _____ 7-21-08
                    One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

2

**Service of Process:**

1:08-cv-03308 Suburban Teamsters of the Northern Illinois Welfare and Pension Funds v. R Way Trucking, Inc.
MASON

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1

**Notice of Electronic Filing**

The following transaction was entered by Toomey, John on 7/2/2008 at 2:13 PM CDT and filed on 7/2/2008

**Case Name:** Suburban Teamsters of the Northern Illinois Welfare and Pension Funds v. R Way Trucking, Inc.
**Case Number:** 1:08-cv-3308
**Filer:** Suburban Teamsters of the Northern Illinois Welfare and Pension Funds
**Document Number:** 7

**Docket Text:**
**AFFIDAVIT of Service filed by Plaintiff Suburban Teamsters of the Northern Illinois Welfare and Pension Funds regarding Alias Summons and Complaint served on Illinois Secretary of State on June 30, 2008 (Toomey, John)**

**1:08-cv-3308 Notice has been electronically mailed to:**

John Joseph Toomey    jtoomey100@hotmail.com

**1:08-cv-3308 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=7/2/2008] [FileNumber=4969540-0]
[30d8f8c8f356e768f74ca136ab91337fe48a5d877efdf190e7abcbe89c4ffc50a050
be0ade22767d88bcec3967f50131dfc88d9dc344efc01aa97a5484747dce]]

Form **BCA-5.25** (Rev. Jan. 2003)

**AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE**

File # 6548 7527

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
Telephone (217) 524-6748
www.cyberdriveillinois.com

*Remit payment in check or money order, payable to "Secretary of State."*

FILED JUN 3 0 2008 JESSE WHITE SECRETARY OF STATE

SUBMIT IN DUPLICATE

This space for use by Secretary of State
Date: 6/30/08
Filing Fee: $10.00
Approved: L.V.

1. Title of the case and number of the case:
   Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds — first named plaintiff
   v.
   R Way Trucking, Inc., an Illinois corporation — first named defendant
   Number 08 C 3308

2. Name of the corporation being served: R Way Trucking, Inc.

3. Title of the court in which an action, suit or proceeding has been commenced: United States District Court for the Northern District of Illinois

4. Title of the instrument being served: Alias Summons and Complaint

5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. [X] The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. [ ] The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. [ ] The corporation was dissolved on _____ (Month & Day), _____ (Year); the conditions of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within 5 years thereafter.

   d. [ ] The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/(revoked) on _____ (Month & Day), _____ (Year).

   e. [ ] The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: 1247 Trend Drive, Morris, Illinois 60540

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

   Signature of Affiant: /s/ John J. Toomey
   Month & Day: June 30    Year: 2008
   Telephone Number: (312) 236-0415

RETURN TO: PLEASE TYPE OR PRINT CLEARLY
John J. Toomey, Arnold and Kadjan
   *Name*
19 W. Jackson Boulevard, Suite 300
   *Street*
Chicago, Illinois 60604
*City/Town*  *State*  *ZIP*

**TENDERED CHICAGO CORP. DEPARTMENT**
**JUN 3 0 2008**
ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW BY SPRINGFIELD OFFICE

C-213.9

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>v.<br><br>R WAY TRUCKING INC., an Illinois corporation | Docket Number: 08 C 3308<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Mason |

TO:   (Name and address of defendant)

> R WAY TRUCKING, INC.
> an Illinois corporation
> c/o Secretary of State
> 69 W. Washington Street
> Suite 1240
> Chicago, Illinois

**RECEIVED**

JUN 30 2008

**JESSE WHITE
SECRETARY OF STATE**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> JOHN J. TOOMEY
> ARNOLD AND KADJAN
> 19 W. Jackson Boulevard, Suite 300
> Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____         _____
Michael W. Dobbins, Clerk                Date

_____
(by) Deputy Clerk

Case 1:08-cv-03308   Document 10   Filed 07/22/2008   Page 6 of 7
Jul 02 2008 04:05PM HP LASERJET FAX
Case 1:08-cv-03308   Document 8   Filed 07/03/2008   Page 1 of 2
p.2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

TRUSTEES OF THE SUBURBAN  
TEAMSTERS OF NORTHERN ILLINOIS  
WELFARE AND PENSION FUNDS,

Docket Number: 08CV3308

Assigned Judge: JUDGE DER-YEGHIAYAN

v.

Designated Magistrate Judge: MAGISTRATE JUDGE MASON

R WAY TRUCKING INC., an Illinois corporation

TO: (Name and address of defendant)

R WAY TRUCKING, INC.  
an Illinois corporation  
c/o Its President  
Vincent D. Kern, Jr.  
1247 Trend Drive  
Morris, Illinois 60450

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY  
ARNOLD AND KADJAN  
19 W. Jackson Boulevard, Suite 300  
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

Date

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

June 9, 2008

Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 7/1/08 5:45PM.

NAME OF SERVER (PRINT) SCOTT POCIUS

TITLE INVESTIGATOR

Check one box below to indicate appropriate method of service-

[X] Served personally upon the defendant. Place where served: R. WAY TRUCKING, INC C/O ITS VICE PRESIDENT - CHRISTOPHER G. EHRMAN AT HIS RESIDENCE - 12747 TREND DRIVE, MORRIS, IL 60450. HE CAN BE DESCRIBED AS A M/W, BROWN HAIR, BROWN BEARD, 35"

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/1/08
          Date

Signature of Server

Address of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 200
PARK RIDGE IL 60068

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>        Plaintiff,<br><br>v.<br><br>R WAY TRUCKING, INC.<br>an Illinois corporation,<br><br>        Defendant. | No. 08 C 3308<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Mason |

AFFIDAVIT IN SUPPORT OF
<u>ATTORNEYS' FEES</u>

NOW COMES the undersigned, JOHN J. TOOMEY, upon being first duly sworn, deposes and states as follows:

1. The undersigned is counsel of record in Case No. 08 C 3308.

2. Affiant is an attorney licensed to practice law in the State of Illinois since 1978. Affiant is admitted to the trial Bar of the Northern District of Illinois, the Central District of Illinois and the Seventh, Eighth, Second, Eleventh Circuit Courts of Appeal, U. S. Tax Court and the United States Supreme Court.

3. The time spent in the case are as follows, were reasonably necessary in the prosecution of the case, and no paralegals were used:

| | | |
|---|---|---|
| June 9, 2008 | Open file; draft complaint and summons and file with court | 2 hours |
| July 3, 2008 | Return of service filed with the court | .5 hours |
| July 22, 2008 | Draft Motion for Judgment in Sum Certain | 1.5 hour |

|  |  |  |
|---|---|---|
| | Court appearance on Motion for Judgment in Sum Certain | 1.0 hour |

4. The costs expended in prosecuting the case are:

| Filing fee | $350.00 |
|---|---|
| Service of process Argus Agency | $113.00 |
| Total | $463.00 |

5. Reasonable value of such services is One Hundred Eighty Five Dollars per hour:

$185.00 x 5. hours        $925.00

6. The total in fees and costs expended are:

| Attorneys' fees | $925.00 |
|---|---|
| Costs | $463.00 |
| Total | $1,388.00 |

FURTHER AFFIANT SAYETH NOT.

_____ 7-31-08
JOHN J. TOOMEY

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> R WAY TRUCKING, INC. an Illinois corporation, <br><br> Defendant. | No. 08 C 3308 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Mason |

## AFFIDAVIT

RICHARD SIEBERT, upon being first duly sworn deposes and states as follows:

1. Affiant is employed by the Suburban Teamsters Welfare and Pension Fund ("Funds") as an auditor, is familiar with the R Way Trucking, Inc. audit ("Employer"), having examined its books and records to determine what amounts if any were due and owing the Funds, and is also familiar with the parties' agreement concerning contributions, liquidated damages and interest owed.

2. That an audit of Employer's books and records was performed on April 5, 2008 covering the period August, 2007 through November, 2007 and found to be owing:

    Pension     $1,805.63
    Welfare     $2,729.73

3. That Employer was given copies of the audit and given notice of findings and has made no effort to pay or settle.

4. That the audits including liquidated damages and interest totals $4,535.36.

6. That Affiant suffers from no disability and can so testify and affirm such facts.

FURTHER AFFIANT SAYETH NOT.

_____
RICHARD SIEBERT

SUBSCRIBED AND SWORN
to before me this 22 day of
July, 2008.

_____
Notary Public

OFFICIAL SEAL
CAROL COLLINS
Notary Public - State of Illinois
My Commission Expires Jul 20, 2011

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>           Plaintiff,<br><br>v.<br><br>R WAY TRUCKING, INC. an Illinois corporation,<br><br>           Defendant. | )<br>)<br>)<br>)<br>) No.  08 C 3308<br>)<br>) Judge Der-Yeghiayan<br>)<br>)<br>) Magistrate Judge Mason<br>)<br>) |

ORDER OF JUDGMENT

This matter coming to be heard upon Plaintiff's Motion for Judgment in a sum certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That judgment is entered in favor of the Plaintiff TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS and against the Defendant, R WAY TRUCKING, INC., an Illinois corporation in the amount of $5,573.36.

Date:

Entered:

_____
JUDGE DER-YEGHIAYAN