**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS ) | |
| OF NORTHERN ILLINOIS PENSION FUND ) | |
| AND WELFARE FUNDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  08 C 3308 |
| v. ) | |
| ) | Judge Der-Yeghiayan |
| ) | |
| R WAY TRUCKING, INC. ) | |
| an Illinois corporation, ) | Magistrate Judge Mason |
| ) | |
| Defendant. ) | |

NOTICE OF MOTION

To:    R WAY TRUCKING, INC.
       an Illinois corporation
       c/o Its President
       Vincent D. Kern, Jr.
       1247 Trend Drive
       Morris, Illinois  60450

PLEASE TAKE NOTICE that on July 29, 2008, at 9:00 a.m., I will appear before the Honorable Judge Der-Yeghiayan in Room 1903 and then and there present the attached Motion for Judgment in Sum Certain, a copy of which is attached hereto.

Respectfully submitted,

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  July 22, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 22 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

R WAY TRUCKING, INC.
an Illinois corporation
c/o Its President
Vincent D. Kern, Jr.
1247 Trend Drive
Morris, Illinois  60450


**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:   (312) 341-0438
Dated:  July 22, 2008