IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08 C 3308 ) ) Judge Der-Yeghiayan ) |
| R WAY TRUCKING, INC. an Illinois corporation, | ) ) Magistrate Judge Mason ) |
| Defendant. | ) |

RE-NOTICE OF MOTION

To: R WAY TRUCKING, INC.
an Illinois corporation
c/o Its President
Vincent D. Kern, Jr.
1247 Trend Drive
Morris, Illinois 60450

    PLEASE TAKE NOTICE that on August 5, 2008, at 9:00 a.m., I will appear before the Honorable Judge Der-Yeghiayan in Room 1903 and then and there present the attached Motion for Judgment in Sum Certain, a copy of which has been previously filed and served upon you.

    Respectfully submitted,

    s/John J. Toomey
    ARNOLD AND KADJAN
    19 W. Jackson Blvd., Suite 300
    Chicago, IL 60604
    Telephone No.: (312) 236-0415
    Facsimile No.: (312) 341-0438
    Dated: July 29, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that on July 29, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

R WAY TRUCKING, INC.
an Illinois corporation
c/o Its President
Vincent D. Kern, Jr.
1247 Trend Drive
Morris, Illinois  60450

    **s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  July 29, 2008