# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3308 | DATE | 8/5/2008 |
| CASE TITLE | Suburban Teamsters of the Northern Illinois Welfare and Pension Funds vs. R Way Trucking, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for default judgment in sum certain [10] is granted. Default judgment is hereby entered in favor of the Plaintiff Suburban Teamsters of the Northern Illinois Welfare and Pension Funds and against the Defendant R Way Trucking, Inc. in the amount of $2,573.36. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|

08C3308 Suburban Teamsters of the Northern Illinois Welfare and Pension Funds vs. R Way Trucking, Inc.　　Page 1 of 1