IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>                    Plaintiff,<br><br>          v.<br><br>R WAY TRUCKING, INC.<br>an Illinois corporation,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C 3308<br>)<br>) Judge Der-Yeghiayan<br>)<br>)<br>) Magistrate Judge Mason<br>)<br>) |

ORDER OF JUDGMENT

This matter coming to be heard upon Plaintiff's Motion for Judgment in a sum certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That judgment is entered in favor of the Plaintiff TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS and against the Defendant, R WAY TRUCKING, INC., an Illinois corporation in the amount of $2,573.36.

Date: 8-5-8

Entered:

_____
JUDGE DER-YEGHIAYAN