# United States District Court
## Northern District of Illinois
### Eastern Division

Trustees of the Suburban Teamsters         **JUDGMENT IN A CIVIL CASE**

v.                                                           Case Number: 08 C 3308

R Way Trucking

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for default judgment in sum certain [10] is granted. Default judgment is hereby entered in favor of the Plaintiff Suburban Teamsters of the Northern Illinois Welfare and Pension Funds and against the Defendant R Way Trucking, Inc. in the amount of $2,573.36.

Michael W. Dobbins, Clerk of Court

Date: 8/5/2008                    Michael Wing
                                  /s/ Michael A. Wing, Deputy Clerk