08 cv 3308 MHN

**IN THE UNITED STATES DISTRICT COURT OF THE**
**EASTERN DIVISION, ILLINOIS**

Case No. : 08C3308
Hearing Date : 8/19/08

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

JPMorgan Chase Bank, N.A. ("JPMC"), certifies under penalty of perjury that with regard to the property of the judgment (Citation Respondent) debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Check one or more of the following and indicate the amount held:

A) Savings Account

B) Checking and/or Now Account

| Account Number | Hold Amount |
|---|---|
| 732481700 | $4.83 |

C) Certificate of Deposit

D) Money Market Account (Amount held) $ _____

E) Trust Account (Amount held) $ _____

F) Safety Deposit Box $ _____

G) No Accounts _____

H) Adverse Claimant :

　　　　Name : _____          Address : _____

I) Wages, Salary or Commissions _____

J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

Sub-Total : $ 4.83
Less right of offset for other loans : $ _____
Less deduction for fees limited by 205 ILCS 5/48.1 : $ _____

Total : $ _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_____
Agent for Citation Respondent

8-15-08
Date

Respondent/Agent
Business Name : JPMorgan Chase Bank, N.A.
Address : 451 Florida Street P.O. Box 260164 Baton Rouge, LA 70826
Phone : (225) 332-7250
Fax : (225) 332-7274



# FILED

AUG 2 5 2008
8-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant

5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, ) ) ) ) | **RECEIVED**<br><br>AUG 12 2008<br><br>MICHAEL W DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| Plaintiff, ) ) | |
| ) | No. 08 C 3308 |
| v. ) ) | |
| 20 8836795 ) R WAY TRUCKING, INC. ) an Illinois corporation, ) ) | Judge Der-Yeghiayan<br><br>Magistrate Judge Mason |
| Defendant. ) | |

### CITATION TO DISCOVER ASSETS

To:    J P Morgan/Chase Bank
       National Legal Processing Center
       LA2-2808
       5321 Corporate Boulevard, 2nd Floor
       Baton Rouge, LA  70808
       Account No.  07100013 732481692

**YOU ARE COMMANDED** to appear at 19 W Jackson Boulevard, Suite 300, Chicago, Illinois 60604, at 1:00 p.m. on August 19, 2008, to be examined under oath concerning the property or income of, or indebtedness due Defendant. Judgment was entered against Defendant R WAY TRUCKING, INC., an Illinois corporation and for Plaintiffs on August 5, 2008, in the principal amount of $2,573.36. A copy of the Judgment entered by Judge Der-Yeghiayan was filed with the Clerk of the Court.

**YOU ARE COMMANDED** to produce at the examination all books, papers or records in your possession or control which may contain information concerning the property or income of Defendant or indebtedness due them.

MAIL CLERK
BW

**WARNING**: Your failure to appear as herein directed may cause you to be arrested and brought before the Court to answer to a charge of contempt of court, which may be punishable by imprisonment in the County Jail.

The books and records to be produced include all personal and business or corporate checkbooks, check registers, books of account, ledger books, income and payroll tax returns and supporting documents including schedules, bank books, information regarding loans applied for and received and payments made and due, information regarding all real or personal property owned by Defendant or in which they hold any interest whatsoever, information regarding any trust or estate in which Defendant holds any interest whatsoever, records regarding all accounts receivable or amounts due to Defendant for any reason, records regarding all indebtedness of Defendant including documents creating such indebtedness and any related security interests, records regarding stocks, bonds, powers of appointment or insurance policies held by Defendant or of which they are or may be beneficiaries, records regarding all bonds or sureties for wages or performance of all construction projects of Defendant, and records regarding all jewelry, art objects and other personal property owned by Defendant.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Defendant or to which they may be entitled or which may be acquired by or become due to them and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to them, until the further Order of this Court or termination of these proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.**

2

ARNOLD & KADJAN
19 W JACKSON BLVD
CHICAGO, IL 60604