IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08 C 3308 ) ) Judge Der-Yeghiayan ) |
| R WAY TRUCKING, INC. an Illinois corporation, | ) ) Magistrate Judge Mason ) |
| Defendant. | ) |

RELEASE (SATISFACTION) OF JUDGMENT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, having receiving $2,573.36 as payment in full of the judgment entered on August 5, 2008 against Defendant, R WAY TRUCKING, INC. Illinois corporation.

                    TRUSTEES OF THE SUBURBAN TEAMSTERS
                    OF NORTHERN ILLINOIS WELFARE AND
                    PENSION FUNDS

                    s/John J. Toomey
                    ARNOLD AND KADJAN
                    19 W. Jackson Blvd., Suite 300
                    Chicago, IL 60604
                    Telephone No.: (312) 236-0415
                    Facsimile No.: (312) 341-0438
                    Dated: September 3, 2008