## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 08 C 3308 |
| v. | ) ) | Judge Der-Yeghiayan |
| R WAY TRUCKING, INC. an Illinois corporation, | ) ) ) ) | Magistrate Judge Mason |
| Defendant. | ) ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    R WAY TRUCKING, INC.
        an Illinois corporation
        c/o Its President
        Vincent D. Kern, Jr.
        1247 Trend Drive
        Morris, Illinois 60450

PLEASE TAKE NOTICE that on September 3, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

1.    Release (Satisfaction) of Judgment.

a copy of which is attached hereto and served upon you.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: September 3, 2008

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 3, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

R WAY TRUCKING, INC.
an Illinois corporation
c/o Its President
Vincent D. Kern, Jr.
1247 Trend Drive
Morris, Illinois  60450

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  September 3, 2008